### Harlow *v.* Becktle.

UPON an affidavit showing the plaintiff in error to be a non-resident, a rule was granted calling on him to show cause why the suit should not be dismissed for want of security for costs.—The security was afterwards given, and the rule discharged (1).

(1) Acc. *Harlin's heirs* v. *Eastland*, Hard. 310. Vide *Lewis* v. *Ovens*, 5 Barn. & Ald. 265. In an original suit, a non-resident plaintiff must give security for costs, if required by the defendant. *Cox* v. *Hunt*, ante, p. 146, and note.